UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        Criminal No. 09-cr-3-02-JL

<u>Jayson Galeano</u>

O R D E R

Defendant Jayson Galeano's pro se Motion for Transfer to a New Hampshire Facility, Document #33, is denied without prejudice as procedurally improper. "A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel." <u>United States v. Tracy</u>, 989 F.2d 1279, 1286 (1st Cir. 1993), <u>cert. denied</u>, 513 U.S. 1031 (1994). The court will accept no further pro se filings by the defendant other than those involving his relationship with counsel. Plaintiff's counsel is directed to file, under his signature and all that entails under Rule 11, all future filings with the court. This denial is without prejudice, and Attorney Dennehy may request similar relief on the defendant's behalf if he believes, consistent with his obligations under Rule 11 and as an officer of the court, that the applicable law supports it.

SO ORDERED.

*Joe Laplante*

June 25, 2009

Joseph N. Laplante
United States District Judge

cc:    James Dennehy, Esq.
        Jayson Galeano, pro se
        U. S. Marshal
        U. S. Probation